IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| CECIL TRAVIS WALSTON, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 1:08-CV-167-C |
| § | ECF |
| § | |
| MICHAEL J. ASTRUE, § | |
| Commissioner of Social Security, § | |
| § | |
| Defendant. § | |

## ORDER

**THIS MATTER** comes before the court on the Report and Recommendation filed February 24, 2010 (Doc. 24). No written objections have been filed.

**IT IS, THEREFORE, ORDERED** that the findings and conclusions in the Report and Recommendation are **ADOPTED** as the findings and conclusions of the court and that this cause is **DISMISSED WITH PREJUDICE**

Dated March 16, 2010.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT